# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: BRITTNEY J. HENDRIX  
2525 CONKLIN DRIVE, #10  
ROCKFORD, IL  61101  
SSN-xxx-xx-6838  

Case Number: 08-70707

Case filed on: 3/11/2008  
Plan Confirmed on:  

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:  $85.45       Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | RECOVERY MANAGMENT SYSTEMS CORP. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | BRITTNEY J. HENDRIX | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | ANGLER MOTORS | 5,197.00 | 5,197.00 | 78.36 | 0.00 |
| 002 | ILLINOIS TITLE LOANS, INC | 1,873.42 | 1,000.00 | 0.00 | 0.00 |
|  | Total Secured | 7,070.42 | 6,197.00 | 78.36 | 0.00 |
| 002 | ILLINOIS TITLE LOANS, INC | 0.00 | 873.42 | 0.00 | 0.00 |
| 003 | AT&T PHONE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | AAA COMMUNITY FINANCE | 1,240.80 | 1,240.80 | 0.00 | 0.00 |
| 005 | ALL CREDIT LENDERS | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ALLTEL | 234.65 | 234.65 | 0.00 | 0.00 |
| 007 | AMCORE BANK, N.A. | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ROUNDUP FUNDING LLC | 813.52 | 813.52 | 0.00 | 0.00 |
| 009 | BELOIT MEMORIAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | BLOCKBUSTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CASH LOAN STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CINGULAR WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CREDIT ACCEPTANCE CORPORATION | 7,061.86 | 7,061.86 | 0.00 | 0.00 |
| 014 | CREDIT PROTECTION ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | DIVERSIFIED CONSULTANTS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ER SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | FIRST NATIONAL BANK OF CROSSETII AR | 150.76 | 150.76 | 0.00 | 0.00 |
| 018 | FIRST STATE BANK | 585.27 | 585.27 | 0.00 | 0.00 |
| 019 | J.C. PENNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | NATIONAL CITY BANK | 235.56 | 235.56 | 0.00 | 0.00 |
| 021 | NICOR GAS COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | RIVERSIDE COMMUNITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | ROCKFORD HEALTH SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | SECURITY FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | SPRINT | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | WORLD FINANCIAL NETWORK NATIONAL BANK | 271.43 | 271.43 | 0.00 | 0.00 |
| 027 | VERIZON WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | WINNEBAGO COUNTY CIRCUIT CLERK | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | MADALENE PUTNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | ENTERGY ARKANSAS INC | 441.85 | 441.85 | 0.00 | 0.00 |
| 032 | ROUNDUP FUNDING LLC | 341.99 | 341.99 | 0.00 | 0.00 |
| 033 | ROUNDUP FUNDING LLC | 60.99 | 60.99 | 0.00 | 0.00 |
|  | Total Unsecured | 11,438.68 | 12,312.10 | 0.00 | 0.00 |
|  | Grand Total: | 18,509.10 | 18,509.10 | 78.36 | 0.00 |

Total Paid Claimant:       $78.36  
Trustee Allowance:         $7.09           Wherefore, your petitioner prays that a final Decree be entered  
Percent Paid Unsecured:    0.00            discharging the trustee and the trustee's surety from any and all  
                                           liablility on account of the within proceedings, and closing the estate,  
                                           and for such other relief as is just.  Pursuant to FRBP, I hereby  
                                           certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_____  
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 08/28/2008                    By  /s/Heather M. Fagan